

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

In re:  Dennis Sherbert   \*   Case No. 09-24264
        Debtor.   \*   Chapter 13

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER ON DEBTOR'S MOTION TO EXTEND TIME TO FILE PLAN

Debtor's Motion to Extend Time to File Plan is ALLOWED and his deadline to file same is extended to November 20, 2009.

Cc:
Chapter 13 Trustee
Debtor
Debtor's Attorney

### END OF ORDER

### Page 1 of 1