UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

IN RE:                                          *
                                                *
DENNIS SHERBERT                                 *      Case No.: 09-24264-DK
                                                *
    Debtor                                      *      Chapter 13
                                                *
                                                *
**************************************************************************

**MODIFIED CHAPTER 13 PLAN**

The Chapter 13 Plan, dated January 15, 2010, is hereby modified as follows:

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee, and the Debtor will pay as follows:

    a. $4,342.00 for the first 12 months, then $610.00 for the remaining 48 months of the 60-month term.

2. The Chapter 13 Plan Base shall be increased from $30,762.00 to $33,622.00.

3. The equal monthly payments provided for in Sections 2.e.ii and/or 2.e.iii is/are hereby modified as follows:

    ii. Pre-petition arrears on the following claims will be paid through equal monthly amounts under the plan while the Debtor maintains post-petition payments directly (designate the amount of anticipated arrears, and the amount of the monthly payment for arrears to be made under the plan):

| Claimant | Arrears | Monthly Payment | No. of Mos. |
|---|---|---|---|
| BAC Home Loans | $26,086.04 | $543.91 | 13-60 |
| Cloverfields | $240.00 | $5.09 | 13-60 |

    iii. The following secured claims will be paid in full, as allowed, at the designated interest rates through equal monthly amounts under the plan:

| Claimant | Amount | % Rate | Monthly Payment | No. of Mos.: |
|---|---|---|---|---|

n/a

    4.    The monthly Plan payment is increased from $481.00 to $610.00, beginning with the Plan payment due on August 03, 2010.

    5.    All other terms and conditions of the Plan shall remain unchanged.

<u>June 24, 2010</u>                                                  /s/ Gerard R. Vetter
                                                                             Gerard R. Vetter
                                                                             Chapter 13 Trustee
                                                                             100 S. Charles Street, Suite 501
                                                                             Tower II
                                                                             Baltimore, MD 21201
                                                                             Phone: (410) 400-1333
                                                                             Fax: (410) 400-1301
                                                                             E-mail:  chriss@grvch13.com